CLYDE VERNON LOVETTE, Petitioner v. THE NORTH CAROLINA DEPARTMENT OF CORRECTION; ALVIN KELLER, in his capacity as Secretary of Correction; and RUDY FOSTER, in his capacity as Administrator of Dan River Prison Work Farm, Respondents

CHARLES LYNCH, Petitioner v. THE NORTH CAROLINA DEPARTMENT OF CORRECTION; ALVIN KELLER, in his capacity as Secretary of Correction; and TIM KERLEY, in his capacity as Administrator of Catawba Correctional Center, Respondents

No. 359A12

(Filed 8 March 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 731 S.E.2d 206 (2012), affirming an order entered on 16 June 2011 by Judge Allen Baddour in Superior Court, Wake County, allowing petitioners' applications for writ of habeas corpus and ordering their unconditional release from prison. Heard in the Supreme Court on 14 February 2013.

**OCHSNER v. ELON UNIV.**

[366 N.C. 472 (2013)]

*N.C. Prisoner Legal Services, Inc., by Sarah Jessica Farber, for petitioner-appellees.*

*Roy Cooper, Attorney General, by Joseph Finarelli, Special Deputy Attorney General, for respondent-appellants.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals and remand this matter to that court for remand to the trial court for further proceedings not inconsistent with this opinion.

REVERSED AND REMANDED.